IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:19-mj- 234 |
| v. | ) |
| | ) Initial Appearance: May 20, 2019 |
| PHILLIP S. TROWELL, SR., | ) |
| | ) |
| Defendant. | |

CRIMINAL INFORMATION

COUNT I (Misdemeanor –7625828/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 19, 2019, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, PHILLIP S. TROWELL, SR., did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3854
E-mail: elizabeth.banger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on ___May 14___ 2019, I mailed a true and accurate copy of the Criminal Information herein filed to:

PHILLIP S. TROWELL, SR.
3914 Blaine St NE
Washington, DC 20019

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3854
E-mail: elizabeth.banger@usdoj.gov